IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA,                                        PLAINTIFF

vs.                                       CIVIL ACTION NO.3:07CV140DPJ-JCS

Michael Alex Gaines                                              DEFENDANT

Bass Pro Outdoor World, LLC

**ORDER QUASHING GARNISHMENT**

On Motion of the United States to quash the Writ of Garnishment issued in this action on the grounds that the defendant is no longer employed by the garnishee; (Motion docket #18)

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Continuing Garnishment issued in this action on January 20, 2009 (docket #16), be and it is hereby quashed, and the garnishee, Bass Pro Outdoor World, LLS., is hereby dismissed.

ORDERED AND ADJUDGED this 12th day of March, 2009.


/s/ James C. Sumner
HONORABLE JAMES C. SUMNER
UNITED STATES MAGISTRATE DISTRICT COURT JUDGE